UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>ENTERTAINMENT DEVELOPMENT GROUP,<br><br>Respondent. | Civil Action No. 09-cv-5291 (PGS)<br><br>**JUDGMENT & ORDER CONFIRMING ARBITRATION AWARD AGAINST ENTERTAINMENT DEVELOPMENT GROUP** |

**SHERIDAN, U.S.D.J.**

THIS MATTER having come before the Court by Kroll Heineman, LLC (Michael McNally, Esq., appearing) attorneys for Petitioners, and on notice to attorneys for Respondent who has not entered an appearance, pursuant to a Motion to Confirm an Arbitration Award; and this Court having considered the moving papers of Petitioner, and no objections having been made, and for good and sufficient cause shown;

IT IS on this 22nd day of December, 2009,

ORDERED that the Opinion and Award of September 4, 2009 shall be and is hereby confirmed, and it is further

ORDERED that Judgment in the amount of $47,050.82 is entered against Entertainment Development Group in accordance therewith.

_____
PETER G. SHERIDAN, U.S.D.J.

December 22, 2009